```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA

                      Alexandria Division

ZAHEER D. NAMMARI              )
                               )
     Plaintiff,                )
                               )
         v.                    )    1:08cv134 (JCC/TCB)
                               )
GRYPHUS ENTERPRISES LLC,       )
     et al.,                   )
                               )
     Defendants.               )
_____)
                               )
MICHAEL T. WALSH               )
                               )
     Counterplaintiff,         )
                               )
         v.                    )
                               )
ZAHEER D. NAMMARI              )
                               )
     Counterdefendant.         )
```

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Plaintiff's Motion to Dismiss Counterclaim is DENIED, and Plaintiff has until May 16, 2008 to file an answer with the Clerk of the Court;

(2) the Clerk of the Court shall forward copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

```
May 12, 2008                         /s/
Alexandria, Virginia          James C. Cacheris
                        UNITED STATES DISTRICT COURT JUDGE
```